UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81436-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

EM SQUARED RESTAURANTS, LLC,
A Foreign Limited Liability Company,
doing business as KFC,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 8], filed herein on September 23, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.
2. This case is **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of September, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:

Counsel of Record